UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHARLES ROBERT, II, pro se,

                Plaintiff,

-against-

DEPARTMENT OF HEALTH and HUMAN SERVICES,

                Defendant.
------------------------------------------------------------X

JUDGMENT
01-CV- 4778 (DLI)

      An Order of Honorable Dora L. Irizarry, United States District Judge, having been filed on August 1, 2005, granting the defendant's motion for summary judgment; and dismissing the action; it is

      ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that judgment is hereby entered granting the defendant's motion for summary judgment; and that the action is dismissed.

Dated: Brooklyn, New York
       August 01, 2005

                                                      ROBERT C. HEINEMANN
                                                      Clerk of Court